UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE AMERICAN INSURANCE CO. et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>SIRAH LASER-UND PLASMATECHNIK GMBH, INC.,<br><br>   Defendant. | Case No. 2:23-cv-03210-SB-AS<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

On May 18, 2023, Plaintiffs filed proof that Defendant Sirah Laser-UND Plasmatechnik GmbH, Inc. waived service. Dkt. Nos. 11, 12. Defendant's responsive pleading was due on July 17, 2023. None has been filed, and Plaintiffs have not sought entry of default. Plaintiffs are ordered to show cause, in writing, no later than July 26, 2023, why their claims against Defendant should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedy described above, this Order to Show Cause will be automatically discharged without further order. Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED

Date: July 19, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge